UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. Katharine S. Hayden

      v.                              :      Crim. No. 11-862

ROD PEREZ                     :      <u>ORDER FOR CONTINUANCE</u>

      This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (David L. Foster, Assistant U.S. Attorney, appearing), and defendant Rod Perez (Carl Herman, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      (1)  The defense needs time to determine whether to continue with appointed counsel or seek a new lawyer.

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 9th day of January, 2012,

ORDERED that this action be, and hereby is, continued until January 17, 2012; and it is further

ORDERED that the period from the date of this order through January 17, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

 /s/ Katharine S. Hayden
Katharine S. Hayden
United States District Judge